MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 W. Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LINDA SAVOY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RICHLAND HOLDINGS, INC. dba ) <br> ACCTCORP OF SOUTHERN NEVADA ) <br> ) <br> Defendant. ) | No. 2:15-cv-00810-JAD-GWF <br><br> **ORDER** |

**STIPULATION TO EXTEND THE TIME TO
RESPOND TO DEFENDANT'S MOTION TO DISMISS
THROUGH MONDAY, JUNE 29, 2015
[FIRST REQUEST]**

This Stipulation is filed pursuant to Local Rules 6-1 and 26-4. This action was filed April 30, 2015. On June 1, 2015 Defendant filed its pending Motion to Dismiss.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

     Defendant has courteously agreed to this short extension. No previous extensions have been provided. The parties have begun to discuss settlement. Plaintiff does not anticipate the need for any further extensions.

DATED: June 19, 2015

| MITCHELL D. GLINER, ESQ. | BOWEN LAW OFFICES |
|---|---|
| /s/ Mitchell Gliner | /s/ Jerome Bowen |
| MITCHELL D. GLINER, ESQ. | JEROME R. BOWEN, ESQ. |
| Nevada Bar No. 3419 | Nevada Bar No. 4540 |
| 3017 W. Charleston Blvd. # 95 | SARAH M. BANDA, ESQ. |
| Las Vegas, Nevada  89102 | Nevada Bar No. 11909 |
| Attorney for Plaintiff | 9960 W. Cheyenne Ave., #250 |
|  | Las Vegas, Nevada  89129 |
|  | Attorneys for Defendant |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: June 24, 2015.