UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Linda Savoy,<br><br>    Plaintiff,<br><br>v.<br><br>Richland Holdings, Inc. dba Acctcorp of Southern Nevada,<br><br>    Defendants. | 2:15-cv-00810-JAD-GWF<br><br>**Order Denying<br>Motion to Dismiss as Moot**<br>[#6] |

On June 1, 2015, defendant Richland Holdings, Inc. moved to dismiss the plaintiff's complaint under FRCP 12(b)(6).  Doc. 6.  On June 23, 2015, plaintiff filed an amended complaint. Doc. 12.  Once filed, an amended pleading supersedes the original pleading in its entirety, mooting a motion to dismiss the original pleading. *See Forsyth v. Humana, Inc.*, 114 F.3d 1467, 1474 (9th Cir. 1997).

Accordingly, IT IS HEREBY ORDERED THAT Richland Holdings' motion to dismiss **[Doc. 6] is DENIED** as moot and without prejudice to the filing of a new motion challenging the amended complaint.

Dated this 29th day of June, 2015.

_____
Jennifer A. Dorsey
United States District Judge

Page 1 of 1