MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 W. Charleston Blvd., #95
Las Vegas, NV  89102
(702) 870-8700
(702) 870-0034 Fax

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| LINDA SAVOY,<br><br>    Plaintiff,<br><br>vs.<br><br>RICHLAND HOLDINGS, INC. dba<br>ACCTCORP OF SOUTHERN NEVADA<br><br>    Defendant. | No. 2:15-cv-00810-JAD-GWF |

**STIPULATION TO EXTEND THE TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT THROUGH MONDAY, AUGUST 31, 2015
[FIRST REQUEST]**

    This Stipulation is filed pursuant to Local Rules 6-1 and 26-4. This action was filed April 30, 2015. On July 7, 2015 Defendant filed its pending Motion to Dismiss Plaintiff's Amended Complaint. Plaintiff is required to respond to Defendant's Motion To Dismiss by July 24, 2015.

    The parties are very seriously discussing settlement. The parties do not wish to incur additional fees if at all possible. Further, counsel for Plaintiff and his staff will be out of the office during much of late July and early August. Defendant offered to provide an extension through August 31, 2015 as

settlement discussions are ongoing.  The parties do not anticipate the need for any further extensions.

DATED:  July 16, 2015

| MITCHELL D. GLINER, ESQ. | BOWEN LAW OFFICES |
|---|---|
| /s/ Mitchell Gliner | /s/ Jerome Bowen |
| MITCHELL D. GLINER, ESQ.<br>Nevada Bar No. 3419<br>3017 W. Charleston Blvd. # 95<br>Las Vegas, Nevada  89102<br>Attorney for Plaintiff | JEROME R. BOWEN, ESQ.<br>Nevada Bar No. 4540<br>SARAH M. BANDA, ESQ.<br>Nevada Bar No. 11909<br>9960 W. Cheyenne Ave., #250<br>Las Vegas, Nevada  89129<br>Attorneys for Defendant |

Based on the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that the plaintiff's deadline to respond to the motion to dismiss [15] is extended to August 31, 2015. Defendant will then have until September 7, 2015, to file any reply and to deliver to Judge Dorsey's chambers a full set of the motion-to-dismiss briefing.  If the parties settle before the September 21, 2015, hearing on the motion to dismiss [15], their dismissal papers should include the instruction to vacate the hearing.

July 16, 2015

_____
Jennifer Dorsey
U.S. District Court Judge