UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Linda Savoy, | 2:15-cv-00810-JAD-GWF |
| Plaintiff, | |
| v. | **Order Granting 60-day Stay and Resetting Hearing** |
| Richland Holdings, Inc. dba Acctcorp of Southern Nevada, | [ECF 15, 20] |
| Defendants. | |

Linda Savoy sues Richland Holdings, Inc. for violations of the Fair Debt Collection Practices Act.[1] Richland moved to dismiss Savoy's claims, and on August 31, 2015—the due date for Savoy's opposition—her counsel filed a motion for a 60-day stay. Counsel represents that he is having difficulty contacting Savoy to recommend a possible resolution of her claims and he asks that I stay the case for 60 days to permit him to continue his efforts to reach his client.[2] Good cause appearing,

IT IS HEREBY ORDERED that plaintiff's motion for a 60-day stay **[ECF 20] is GRANTED; this case and all deadlines are stayed for 60 days.** If this case is not resolved during the stay, plaintiff's response to the motion to dismiss [ECF 15] will be due November 3, 2015.

IT IS FURTHER ORDERED that **the September 21, 2015, hearing on Richland's motion to dismiss [ECF 15] is VACATED and CONTINUED to November 16, 2015, at 3 p.m.** If the parties settle before the November 16, 2015, hearing, their dismissal papers should include the instruction to vacate the hearing.

Dated this 4th day of September, 2015.

_____
Jennifer A. Dorsey
United States District Judge

---

[1] Doc. 12.

[2] Doc. 15.