# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Linda Savoy,

    Plaintiff,

v.

Richland Holdings, Inc. dba Acctcorp of Southern Nevada,

    Defendants.

2:15-cv-00810-JAD-GWF

**Order of Dismissal**

[ECF 15, 22]

    Linda Savoy sued Richland Holdings, Inc. for violations of the Fair Debt Collection Practices Act.[1] Richland moved to dismiss Savoy's claims, and on August 31, 2015—the due date for Savoy's opposition—her counsel filed a motion for a 60-day stay because he had difficulty contacting Savoy.[2] Savoy's counsel has since confirmed that she passed away with no known next of kin.[3] Counsel moves to dismiss Savoy's case without prejudice in light of this development.

    Good cause appearing,

    IT IS HEREBY ORDERED that plaintiff's motion to dismiss this case without prejudice **[ECF 22] is GRANTED;** defendant's motion to dismiss **[ECF 15] is DENIED as moot**. The Clerk of Court is instructed to vacate all hearings and close this case.

    Dated this 10th day of September, 2015.

_____
Jennifer A. Dorsey
United States District Judge

---

[1] Doc. 12.

[2] Doc. 15.

[3] Doc. 22.